IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE UFCW – NORTHERN CALIFORNIA EMPLOYERS JOINT PENSION TRUST FUND and BOARD OF TRUSTEES OF THE UFCW – NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND,<br><br>           Plaintiffs,<br><br>   v.<br><br>WILLIAM HOWARD,<br><br>           Defendant.<br>_____/ | No. C 02-05874 WHA<br><br>**ORDER REGARDING CASE FILE** |

Because the above-captioned action has been stayed pursuant to 11 U.S.C. 362, pending the outcome of defendant's bankruptcy proceedings, the Clerk of the Court is instructed to administratively **CLOSE THE FILE** for statistical purposes only. Any party may petition to re-open the file whenever further proceedings become necessary by submitting a proposed order to that effect.

**IT IS SO ORDERED.**

Dated: October 5, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE